LUKE MALLOY, an Infant, by JAMES MALLOY, His Guardian ad Litem, et al., Appellants, *v.* HUGH L. SCOTT, Defendant, and JOSEPH WEIDENHOFF, INC., Respondent.

Submitted June 7, 1937; decided July 13, 1937.

*Ralph Stout* and *Louis Rothbard* for appellants.

*Dickinson S. Talley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.